Case No. 08-1068/08-1071

07-14989

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

ORDER

**FILED**

APR 2 5 2008

LEONARD GREEN, Clerk

KELLY SERVICES, INC.,

    Plaintiff - Appellee

v.

CYNTHIA EIDNES,

    Defendant - Appellant

**FILED**

---- APR 3 0 2008

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

In accordance with Rule 33(d), Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

It is **ORDERED** that the appeals are dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                                        **ENTERED PURSUANT TO RULE 33(d),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: April 25, 2008

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By
    Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Leonard Green
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 25, 2008

Mr. Michael P. Donnelly
Fraser, Trebilcock, Davis & Dunlap
One Woodward Avenue
Suite 1550
Detroit, MI 48226

Mr. Michael Francis Smith
Butzel Long
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006

    Re: Case No. 08-1068/08-1071, *Kelly Services, Inc. v. Cynthia Eidnes*
      Originating Case No. : 07-14989

Dear Sir or Madam,

  The Court issued the enclosed Order today in this case.

            Sincerely yours,

            s/Teresa Mack
            Mediation Administrator
            Direct Dial No. 513-564-7345
            Fax No. 513-564-7349

cc: Honorable John Feikens
   Mr. David J. Weaver

Enclosure